**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6023

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STEPHANIE DIANNA ELLIOTT, a/k/a Stephanie Wilson, a/k/a Stephanie Moore, a/k/a Stephanie Russell, a/k/a Stephanie Hanchett, a/k/a Vicki Marsh, a/k/a Monica Allen, a/k/a Melissa Standford, a/k/a Jennifer Taylor, a/k/a Heidi Litchford, a/k/a Sandy Morehead, a/k/a Randy Morehead, a/k/a Katie Jones, a/k/a Sharon Mitchell, a/k/a Sara James, a/k/a Janet Harrington,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-cr-00142-D-1)

_____

Submitted:  May 30, 2024                                          Decided:  June 4, 2024

_____

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Stephanie Dianna Elliott, Appellant Pro Se.  Tobin Webb Lathan, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephanie Dianna Elliott, a federal prisoner, appeals the district court's order denying her postjudgment motions to unseal the grand jury transcripts and for issuance of subpoenas under Fed. R. Crim. P. 17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order and deny Elliott's motion for appointment of counsel. *United States v. Elliott*, No. 5:21-cr-00142-D-1 (E.D.N.C. Dec. 20, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2